THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Johnny W. Stokes Appellant.
 
 
 

Appeal From Charleston County
Doyet A. Early, Circuit Court Judge

Unpublished Opinion No. 2007-UP-060
Submitted January 2, 2007  Filed February 8, 2007  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,  and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Ralph E. Hoisington, for Respondent.
 
 
 

PER CURIAM:  Johnny W. Stokes appeals his guilty plea for armed robbery and his guilty plea under North Carolina v. Alford, 400 U.S. 25 (1970), for assault and battery with intent to kill.  Stokes argues his guilty plea failed to conform to the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), and after a thorough review of the record, counsels brief, and Stokes pro se brief, we dismiss[1] Stokes appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
 HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.